and assets, and had, by the commencement of this action, committed a breach of the partnership agreement.

*George H. D. Foster* for appellants.

*Isaac N. Jacobson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and POUND, JJ.

---

ALICE C. WILLIAMS, Appellant, *v.* EMILY D. VAN WAGENEN et al., as Trustees under the Will of JOHN M. DODD, Deceased, et al., Respondents.

*Williams* v. *Van Wagenen,* 170 App. Div. 896, affirmed.
(Submitted December 5, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 28, 1915, affirming a judgment in favor of defendants, entered upon a decision of the court on trial at Special Term in an action brought for the construction of the will of John M. Dodd, deceased, whereby it was decreed that by the will of Carrie R. Castree, deceased, donee of a power of appointment under the will of said John M. Dodd, deceased, she effectually exercised the said power of appointment in conformity with the correct construction of the will of said John M. Dodd, deceased. This appeal raises the question — did the plaintiff, as remainderman, have such an absolute vested interest in the estate of John M. Dodd, deceased, under the 3d and 4th clauses of his will, that immediately upon the death of Carrie R. Castree, the life beneficiary, she became the absolute owner thereof, or could the interest of the plaintiff be divested by the life beneficiary's exercise of the power of appointment contained in the 4th clause of said will. Plaintiff's contention is that her interest could not be defeated; that her estate in remainder was vested and absolute. The guardian *ad litem* contends, and the

court below held, that the plaintiff became entitled to an estate in remainder in the principal of the trust fund, subject to open and let in after-born children of Carrie R. Castree, and subject to divestment in the event of Carrie R. Castree exercising her power of appointment pursuant to the will of John M. Dodd.   Carrie R. Castree appointed the use and income of the trust fund to the plaintiff during her life with remainder to the plaintiff's surviving issue, with limitations over in the event of her death without issue.

*William .W. Green* and *Edward W. Walker* for appellant.

*Louis F. Dodd* and *George Rosendale* for trustees of John M. Dodd, deceased, et al., respondents.

*Charles E. Buckingham* for trustee of Carrie R. Castree, deceased, respondent.

*William H. Ford* and *George M. Thompson* for John C. Williams et al., respondents.

*Phœnix Ingraham* for John M. Dodd et al., respondents.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and POUND, JJ.

———————

CORA A. FOOTE, as Administratrix of ELBERT H. FOOTE, Deceased, Respondent, *v.* PENNSYLVANIA RAILROAD COMPANY, Appellant.

*Foote* v. *Pennsylvania R. R. Co.*, 170 App. Div. 937, affirmed.
(Argued December 5, 1916; decided December 28, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 6, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover